UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ x

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

------------------------------------------------------------

**This Document Relates to:**                                    **Judge David R. Herndon**

*Tiffany Ashton Grzegorzweski v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:10-cv-11468-DRH-PMF

*Melissa Lynn Gillette v. Bayer Corporation, et al.* No. 3:10-cv-12239-DRH-PMF

*Terry Alvarado v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:10-cv-12475-DRH-PMF

*Toyah Harris v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:10-cv-12975-DRH-PMF

*Pamela Helme v. Bayer Corporation, et al.* No. 3:10-cv-13052-DRH-PMF

*Vitoria Melton, et al., v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:10-cv-13664-DRH-PMF[1]

*Lynzee Laborde v. McKesson Corp., et al.* No. 3:10-cv-20178-DRH-PMF

*Beata Lis v. McKesson Corp., et al.* No. 3:10-cv-20405-DRH-PMF

---

[1] This order applies to plaintiff Victoria Melton only

*Natalie Cristina Corazzi v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:11-cv-10258-DRH-PMF

*Brittany Jackson Pharmaceuticals Inc., et al.v. Bayer HealthCare* No. 3:11-cv-11993-DRH-PMF

*Andrea McCall, et al., v. Bayer HealthCare Pharmaceuticals Inc., et al* No. 3:11-cv-12191-DRH-PMF[2]

*Rachel Ramey v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:11-cv-12819-DRH-PMF

*Tomeka Brown, et al., v. Bayer HealthCare Pharmaceuticals Inc., et al* No. 3:11-cv-13041-DRH-PMF[3]

*Julie Dey v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:11-cv-13387-DRH-PMF

*Karen Gioia v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:12-cv-10297-DRH-PMF

*Joanne Houmpavlis v. Bayer Corporation, et al.* No. 3:12-cv-11592-DRH-PMF

*Hollie L. Thomas, et al., v. Bayer Pharma AG, et al.* No. 3:12-cv-11622-DRH-PMF

*Minnie King v. Bayer Corporation, et al.* No. 3:12-cv-11632-DRH-PMF

---

[2] This order applies to plaintiff Danielle Buchanan only.
[3] This order applies to plaintiff Marlo Duffy only.

*Heather Lowery v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:13-cv-10601-DRH-PMF

*Peggy Allen v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:13-cv-10754-DRH-PMF

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

**HERNDON, Chief Judge:**

This matter is before the Court on the Bayer Defendants' motions for an order dismissing the above captioned plaintiffs' claims without prejudice for failure to file an appearance as required by this Court's Order and Local Rule 83.1(g)(2).

In each of the above captioned cases, the Court granted a motion to withdraw filed by counsel. The orders granting leave to withdraw expressly provided that if the subject plaintiff (or her new counsel) failed to file a timely supplementary entry of appearance, the action would be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court including failure to comply with the Plaintiff Fact Sheet requirements. To date, and in violation of this Court's orders and Local Rule 83.1(g), the above captioned plaintiffs have not filed a supplementary appearance. In addition, none of the above captioned plaintiffs have responded to the instant motion to dismiss.

The plaintiffs must comply with the Local Rules and this Court's orders. Fed. R. Civ. P. 41(b). Accordingly, for the reasons stated herein, the claims of the above captioned plaintiffs are hereby dismissed without prejudice.

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2014.04.23
16:36:40 -05'00'

**Chief Judge**                                           Date:  April 23, 2014
**United States District Court**